FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

ABEL ACOSTA, CLERK

PD-0823-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/29/2014 12:48:10 PM
Accepted 12/29/2014 3:57:00 PM
ABEL ACOSTA
CLERK

No. PD-0823-14

## TO THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                          Appellant

v.

JOHN BERRY JACKSON,                                          Appellee


Appeal from Mitchell County

* * * * * *

**JOHN BERRY JACKSON'S MOTION TO EXTEND TIME
FOR FILING HIS BRIEF ON DISCRETIONARY REVIEW**

* * * * * *

Jeffrey A. Propst
Attorney for Appellee, John Berry Jackson
Texas Bar No. 24064062


P.O. Box 3717
Abilene, Texas 79604
Tel. (325) 455-1599
Fax (325) 455-1507
Email: jeff@keithandpropst.com

No. PD-0823-14

TO THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

THE STATE OF TEXAS,                                            Appellant

v.

JOHN BERRY JACKSON,                                         Appellee

\* \* \* \* \* \*

**JOHN BERRY JACKSON'S MOTION TO EXTEND TIME
FOR FILING HIS BRIEF ON DISCRETIONARY REVIEW**

\* \* \* \* \* \*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Pursuant to the Rules of Appellate Procedure, Appellee John Berry Jackson moves this Honorable Court to extend the time for filing his brief 15 days - until January 13, 2015. Mr. Jackson's brief is currently due for filing on December 29, 2014. No previous motions to extend the deadline for filing the brief have been filed. In the last 30 days the undersigned counsel's caseload has included a three-day jury trial, the filing of an appellate brief to the United States Court of Appeals for the Fifth Circuit, and multiple other hearings and appointments. Due to the undersigned counsel's caseload and administrative duties, as well as the disruptive effect on business of the holiday season, counsel needs additional time to prepare the Appellee's brief.

WHEREFORE, the Appellee prays that his motion to extend the time for filing his brief until January 13, 2015, be granted.

Respectfully submitted,


_____/s/ Jeffrey A. PROPST_____
JEFFREY A. PROPST
Texas Bar No. 24064062
P.O. Box 3717
Abilene, Texas 79604
Tel. (325) 455-1599
Fax (325) 455-1507
Email: jeff@keithandpropst.com

CERTIFICATE OF SERVICE

I, Jeffrey A. Propst, hereby certify that on December 29, 2014, a copy of the Appellee's Motion to Extend Time for Filing his Brief on Discretionary Review was served via certified electronic service provider to:

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov

Barrett Thomas
Assistant District Attorney
100 E. 3rd St., Suite 202
Sweetwater, Texas 79556
barrett@32ndda-tx.us


_____/s/____Jeffrey A. Propst_____
JEFFREY A. PROPST
Attorney for John Berry Jackson